AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

FILED
JUL 12 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) |
| v. | ) |
| | ) Case No. 17·mj·102·FHM |
| BENJAMIN RODEN | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____In or about Summer of 2017____ in the county of _____Tulsa_____ in the

Northern District of Oklahoma, the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 844(f)(1) | Malicious Damage to Federal Property by Use of Explosive |
| 18 U.S.C. § 1361 | Destruction of Federal Property |
| 18 U.S.C. § 844(h)(1) | Use of Explosive to Commit Federal Felony |
| 18 U.S.C. § 1361 | Destruction of Federal Property |

This criminal complaint is based on these facts:

See attached Affidavit by

☑ Continued on the attached sheet.

_____
_Complainant's signature_

MATHEW   C.   McCullough
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  7-12-17

_____
_Judge's signature_

City and state: _____Tulsa, Oklahoma_____

FRANK H. McCARTHY, US Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR COMPLAINT**

I, Matthew C. McCullough, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and am currently assigned to the Tulsa Resident Agency of the FBI in Tulsa, Oklahoma, where I investigate violations of federal criminal law. My law enforcement career began in May 1993 with the Oklahoma City, Oklahoma Police Department and my career as an FBI SA began in April 1999. During my career, I have conducted investigations involving bank robbery, crimes on Indian Land, interstate theft of stolen property, national security, foreign counterintelligence and illegal narcotics trafficking.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe **BENJAMIN DON RODEN** violated federal laws associated with the destruction of federal property and manufacturing, possession, and use of explosives. In support thereof, your Affiant states the following:

## PROBABLE CAUSE

1.      On 07/10/2017 at approximately 10:28 p.m., an explosive device detonated outside of the Air Force Recruiting Station located at 10425 South 82nd East Avenue, Suite 103, Bixby, Oklahoma.

2.      Special Agents of the FBI and Bureau of Alcohol, Tobacco and Firearms (BATF), the Tulsa, Oklahoma Police Department (TPD), and the Bixby Police Department responded to the scene of the explosion. FBI SA Barry Black, a trained Bomb Technician, conducted a preliminary assessment of the remnants of the detonated device. SA Black advised the device appeared to have been an improvised explosive device (IED) that successfully functioned. SA Black described the IED as a pipe bomb which was concealed within a military style ammunition can. SA Black advised the pipe bomb itself appeared to incorporate an explosive material contained within a length of galvanized steel pipe with external end caps on each end, a power source, electrical components, and circuitry.

3.      Besides breaking windows, the resulting explosion from the detonation of the explosive device caused significant structural damage to the front of the recruiting station.

4.      On the morning of 07/11/2017, Air Force Office of Special Investigations SA Jason Ritchie was contacted by Lieutenant Chris Woody of the Oklahoma Air National Guard. Lt. Woody told SA Ritchie that on the previous day (07/10/2017), Oklahoma Air National Guard Master Sergeant Allie Praux had notified him regarding two envelopes that were received at the Air National Guard Base in Tulsa, Oklahoma which contained documents she found to be concerning.

5.      M.S. Pruax advised she picked up the mail that was received at the Air National Guard Base on 07/10/2017 and observed there to be two eight-by-eleven inch manila envelopes.

2

One envelope was addressed to Lieutenant Colonel Martin Keiner and the other was addressed to Commander Jason Ives. M.S. Pruax advised the sending address listed on the packages was the same address as the base, however, the packages were postmarked in Oklahoma City Oklahoma. M.S. Pruax advised no sender name was listed on the packages and appeared to have been sent anonymously.

6.      M.S. Pruax advised since Cmd. Ives was no longer stationed at the Tulsa base, she opened the envelope addressed to him.

7.      Inside the envelope, M.S. Pruax observed four pages of printed comments which appeared to have come from the Facebook.com page belonging to an individual named "Ben Roden". A typed note was included in the envelope which read:

> "July 7, 2017
> Lieutenant Colonel Martin Keiner
> Commander Jason Ives
> Please see the attached Facebook comments mentioning you on Ben Roden's Facebook page and possible vandalism on base."

8.      Inside the envelope M.S. Pruax opened, the four pages contained the following comments under a photo of an adult, white male with a name beside it which read "Ben Roden":

- **Comment #1**

"Any country willing to let me come over to you and get a job let me know. A Special warfare tactic was developed off of what I naturally do and I can teach what I do. I have knowledge of analog circuits, some electrician knowledge, and natural mechanical and electrical ability. I think the u.s. Government is trying to keep me from leaving because of my special warfare capability. They destroyed my passport before leaving active duty and they do not Normally do that. I have had a lot of problems with them spying on me as well. They think I am too smart. I was a firefighter in the airforce and was qualified to drive and operate a t3000 crash truck, a striker 1500, and a fire engine. I have firefighter 1 and 2. I also know some about hydraulics and pneumatics. I am an expert marksman with a rifle. I have a good fitness level. I have not had a job in 2.5 years so the amount of money offered from an employer just needs to be enough to live."

3

- **Comment #2**

"Still waiting on a discharge from the bitch air national guard Oklahoma. By the way your special warefare people suck ass.! hope they enjoyed the sidewall punctures. I wonder how those nazi bitches ives and keiner are doing over there. Your people are weak fatasses. Still waiting for you to do something. Mr noner. By the way. I know it is not a real job tomorrow without special warefare. (The last guy had a back injury). (did the airforce just let you out or what?). Is legends of zelda nazi bitch still participating? Mrs. I know I had to do it tear tear.l think what you are doing is murder over there at the air national guard. Nazi shit. Those recorders came in handy. Yeah I was spying on you dumbshits."

- **Comment #3**

"The u.s. Government has been using active duty military they call inadequate performers to get prior special forces and other people possibly even citizens their jobs within the government. They are using special warfare tactics and spying to attempt to drive these so called inadequate performers mentally unstable. In my case they have also affected my ability to get a job. In my area these special forces members and citizens have tribes they call the quapaws, creeks, and chitas instead of going by their actual names. These tribes keep passing through tulsa Oklahoma and some workout at 10 gym. When these tribes drive a member unstable that person sometimes dies and no one knows what happened. Also, When these tribes come in many unexplained incidences start to occur."

- **Comment #4**

"The sand springs Oklahoma police have been using something i call special warfare to increase crime in their town to boost their resumes. Specifically Todd Enzbrenner. This leads to unnecessary hurt and crime caused in the town and maybe even more deaths. Special warfare has a severe psychological effect on most people leading to irrational behavior. Special warfare is meant to get into someones mind and effect their psychological state. If it is not a crime it should be. They are saying that it decreases crime in their town. What it really does is it just creates more of it so they can arrest people to make them look like they are doing their jobs better."

9.      After reading the comments, M.S. Pruax accessed a computer and located the public profile for Ben Roden. Upon viewing the public profile page, M.S. Pruax observed the following comment to have been posted at 07/09/2017 at 12:56 p.m.:

4

"That government vehicle looks beautiful setting outside that office in Tulsa. That is how I am going to make up for 2 years 7 months without a job and harassment"

10.     As a result of reading the comments on the pages in the envelope and observing the comment on Ben Roden's Facebook profile page, she reported her observations to her Commanding Officer, Lt. Chris Woody. Lt. Woody in turn relayed this information to O.S.I. SA Ritchie the following day (07/11/2017).

11.     O.S.I. SA Ritchie further advised when he responded to the Air Force Recruiting Station following the detonation of the explosive device on the night of 07/10/2017, he interviewed Sgt. James Thompson, who works as a recruiter at the location. Sgt. Thompson informed O.S.I. SA Ritchie that sometime on 07/09/2017, a U.S. Government vehicle assigned to a reserve recruiter was vandalized. Sgt. Thompson advised all four tires on the vehicle were slashed and all the windows of the vehicle were broken.

12.     O.S.I. SA Jason Austin advised he had learned that Benjamin Don Roden was previously a Senior Airman in the U.S. Air Force and was trained as a fire-fighter. Roden eventually sought to be trained as an electrician by the U.S. Air Force, however, he resigned when he discovered he could not complete all necessary training required to become a certified electrician.

13.     On the morning of 07/11/2017, both O.S.I. SA's Ritchie and Austin interviewed Sgt. Brian Curtis who was Roden's last Commanding Officer before he resigned. Sgt. Curtis described Roden to the O.S.I. SA's as being smart and capable of constructing electronic devices. Sgt. Curtis said Roden hated the military and had received disciplinary actions for his conduct. Sgt. Curtis also advised Roden wanted to quit the Air Force and join the U.S. Marines, however

5

the U.S. Marines would not accept Roden. Sgt. Curtis said Roden blamed the U.S. Air Force for preventing him from being accepted by the U.S. Marines.

14.     FBI TFO William Jenkins located an individual named Justin Brown who was staying at a nearby Hampton Inn Hotel in the proximity of the U.S. Air Force Recruiting Station where the explosive device detonated.

15.     Brown told TFO Jenkins that at approximately 10:19 p.m. on the previous evening, he went to a Taco Bueno Restaurant which is located just west of the U.S. Air Force Recruiting Station. Brown told TFO Jenkins that when he left the restaurant to drive back to his hotel, a white male driving a red motorcycle sped through a four-way stop in the parking lot. Brown told TFO Jenkins he narrowly missed colliding with the motorcyclist. Brown told TFO Jenkins he could not see the white male's face because he was wearing a helmet. Brown told TFO Jenkins that he observed the motorcyclist enter South Memorial Drive and speed south, away from the scene.

16.     Brown told TFO Jenkins that as the motorcyclist was speeding away, he heard an explosion from the area where he first observed the motorcyclist in the parking lot. Brown told TFO Jenkins that he returned to his hotel and again saw the motorcyclist in the parking lot where he had first observed him. Brown said he last saw the motorcyclist speed away, travelling northbound on South Memorial Drive.

17.     Affiant has located Oklahoma Vehicle Registration Records for vehicles which are currently registered to Benjamin Roden. The Oklahoma Vehicle Registration Records confirm a 2015 Honda, Model CB300 motorcycle, bearing Oklahoma license plate 1M8981 is currently registered to Benjamin Roden at 601 Antigua Dr, Sand Springs, Oklahoma.

18.     FBI SAs Richard Davis and Jamie Cavitt located Roden's last known place of employment, which was Advanced Chemical Research, located at 1110 W Keystone Avenue,

Catoosa, Oklahoma. SAs Cavitt and Davis verified though Human Resource at Advanced Chemical Research that Roden's address is at the Sand Dollar Apartments, 970 East 61st, Building 11, Apartment A, Tulsa, Oklahoma.

19.     At approximately 2:15 p.m. on 07/11/2017, FBI TFO John Zoller was conducting surveillance of the Sand Dollar Apartments, 970 East 61st, Building 11, Tulsa, Oklahoma and observed an individual he identified by sight as Benjamin Don Roden to enter Apartment A after arriving on a red Honda Motorcycle bearing Oklahoma license plate 1M8981. TFO Zoller obtained the Oklahoma License Plate information for the red Honda motorcycle and confirmed it to be the motorcycle registered to Roden.

20.     Shortly thereafter on 07/11/2017, law enforcement agents affected a probable cause arrest of Benjamin Don Roden for violations of federal law, including but not limited to Destruction of Federal Property.

21.     At approximately 5:00 p.m. on 07/11/2017, law enforcement agents executed a Federal search warrant at the Sand Dollar Apartments, 970 East 61st, Building 11, Apartment A in Tulsa, Oklahoma. Affiant knows this address to be the primary residence associated with Benjamin Don Roden. In the apartment and motorcycle, law enforcement agents discovered multiple items of evidentiary value, including but not limited to:

- Materials and items associated with the manufacturing of explosive devices,

    o galvanized steel pipe nipple, electric wiring components, electronic schematics, electrical reference guide, wires and circuit board, batteries, wire cutters, drill bits, power drill, a book entitled Practical Electronics for Inventors, handwritten notes, Sulfur powder, potassium nitrate, Pyrodex, and other unknown powders;

- Bag containing two pipe bombs,

7

       o  Following an x-ray of the bag, Senior Agent Bomb Technician Barry Black observed the bag to contain two ammo cans each with capped pipe bombs with project boxes attached;

- Application for German National Visa;
- Wallet containing Benjamin Roden's Oklahoma driver's license;

- Motorcycle key;

- Orange Nikon camera;

- Verizon Samsung cellphone and an Akatel one touch cell phone;

- $3,807 in United States Currency;

- One magazine containing .45 caliber ammunition;

- Model 1911-A1 .45 caliber handgun, bearing serial number 80822 that was chamber loaded;

- Rock River Arms AR-15 Assault Rifle bearing serial number KT2002111;

22.    In the evening on 07/11/2017, law enforcement agents conducted a consensual of the residence located at 601 Antigua Drive in Sand Springs, Oklahoma. Law enforcement agents knew this address to be associated with Benjamin Roden through Department of Motorized Vehicle Records. Law enforcement agents also learned this address to be associated with Benjamin Roden's parents [who gave consent to search]. Law enforcement agents discovered items of evidentiary value, including but not limited to:

- Electronic components;

- Rifle powder;

- Smokeless powder;

- Assorted documents and notes;

23.     Affiant believes that, in sum, due to the aforementioned facts combined with the following facts:

- A witness observed a red motorcycle driven by a white, male speed away from the location where an explosive device was detonated;

- Benjamin Don Roden is confirmed to be the registered owner of a 2015 Honda motorcycle which is red in color;

- Benjamin Don Roden has posted a comment on his Facebook.com profile page, regarding having seen a government vehicle "outside that office in Tulsa" on 07/09/2017;

- A U.S. Government vehicle was vandalized at the location of the U.S. Air Force Recruiting Station on 07/09/2017;

- Benjamin Don Roden has been described as being upset with the U.S. Air Force for not being accepted into the U.S. Marines in addition to being described as "hating the military";

- Benjamin Don Roden's apartment contained multiple items associated with the manufacturing and making of explosives;

- Benjamin Don Roden's apartment contained two pipe bombs;

that there is probable cause that Benjamin Roden violated the following federal statutes:

- Title 18, United States Code, Section 844(f)(1) –
  Malicious Damage to Federal Property By Use Of Explosive

- Title 18, United States Code, Section 1361 –
  Destruction of Federal Property

- Title 18, United States Code, Section 844(h)(1) –
  Use of Explosive to Commit Federal Felony

9

- Title 18, United States Codes, Section 1361 –
  Destruction of Federal Property

Respectfully submitted,

Matthew C. McCullough
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on July _12th_, 2017

UNITED STATES MAGISTRATE JUDGE

10