

**U. S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

P. O. Box 1600
Butner, North Carolina 27509-1600
(919) 575-3900

March 8, 2018

The Honorable Frank H. McCarthy
Northern District of Oklahoma
333 West Fourth Street
Tulsa, Oklahoma 74103

RE: RODEN, Benjamin
Register Number: 15213-062
Docket Number: 17-CR-87-JED

Dear Judge McCarthy:

On February 16, 2018, our staff became aware of the Court's order, dated February 13, 2018, for an additional evaluation pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end June 12, 2018. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 <u>working days</u> of the end date.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Kelly Forbes, Health Systems Specialist, at extension 6030.

Respectfully,

J. C. Holland
Complex Warden

cc: Allen Johnston Litchfield, Assistant United States Attorney
Scott Alan Graham/Whitney R. Mauldin, Defense Attorney