# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CR-087-JED |
| | ) |
| BENJAMIN DON RODEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR DETENTION

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending trial.

Respectfully submitted,

R. TRENT SHORES
UNITED STATES ATTORNEY

*/s/ Allen J. Litchfield*
ALLEN J. LITCHFIELD, OBA No. 010613
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of June, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

      Scott A. Graham
      scott_graham@fd.org
      *Attorney for Defendant*

                */s/ Allen J. Litchfield*
                Allen J. Litchfield