# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>BENJAMIN DON RODEN,<br>    Defendant. | )<br>)<br>)<br>) Case No. 17-CR-087-JED<br>)<br>)<br>) |

## NOTICE OF AN INSANITY DEFENSE

  Defendant Benjamin Roden, through counsel, hereby gives notice pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure of an insanity defense and of expert evidence of a mental condition.

.

                Respectfully submitted,

                Office of the Federal Public Defender
                Julia O'Connell, Federal Public Defender

                By:  *s/ Scott A. Graham*
                Scott A. Graham, OBA #19817
                Assistant Federal Public Defender
                Williams Tower I, Ste. 1225
                Tulsa, Oklahoma 74103
                (918) 581-6918
                Counsel for Mr. Roden

CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of August, 2018, I transmitted via CM/ECF the above motion to:

R. Trent Shores, Assistant U.S. Attorney - r.trent.shores@usdoj.gov
Allen Litchfield, Assistant U.S. Attorney- allen.j.litchfield@usdoj.gov

                                      *s/ Scott A. Graham*
                                      Scott A. Graham